On appellant Clostermann's motion to clarify filed April 10, 1984, former opinion filed March 21, 1984 (Or App 468, 679 P2d 317), motion to clarify allowed May 16, 1984

SOLA et al,
*Respondents,*

*v.*

CLOSTERMANN et al,
*Appellants,*

(A8101-00202; CA A25060)

681 P2d 178

Vicki Hopman Yates, and Landis, Aebi, Bailey & Mercer, P.C., Portland, appeared for the motion.

Before Buttler, Presiding Judge, and Warren and Rossman, Judges.

PER CURIAM

## PER CURIAM

Defendant Clostermann's motion to clarify our opinion, 67 Or App 468, 679 P2d 317 (1984), is allowed. The dispositional part of the opinion, 67 Or App at 474, is amended to read: "Reversed and remanded with instructions to enter judgment for defendants."